# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Dana M. Sabraw)

| | |
|---|---|
| CHRISTINE HARMON,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF OCEANSIDE and OCEANSIDE POLICE DEPT OFFICERS RUEDI (#1362), SULLIVAN (#0482), ROMANO (#1284), WEBER (#1362), and DOES 1-10,<br><br>          Defendants. | Case No. 12-CV-2546-DMS (MDD)<br><br>ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(I) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the parties' joint motion pursuant to F.R. Civ. P. 41(a)(1)(A)(i) to Dismiss the First Amended Complaint with Prejudice is GRANTED. Each side will bear its own fees and costs.

IT IS SO ORDERED.

DATED: April 22, 2013

                                                HON. DANA M. SABRAW<br>
                                                United States District Judge